UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Atlas Data Privacy Corporat

*Plaintiff*

v.

PublicNSA, LLC

*Defendant*

Civil Action No. 1:25-cv-05989-HB

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that PublicNSA, LLC, is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

### OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ *Kevin J. Mangan*
Signature of Attorney

1313 North Market St., Suite 1200
Address

Wilmington, DE 19801
City/State/Zip

June 2, 2025
Date

DNJ-CMECF-005 (12/1/2022)