IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PUBLICNSA, LLC, et al. | : | NO. 25-5989 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| REDX LLC, et al. | : | NO. 25-6863 |

ORDER

AND NOW, this 5th day of June 2025, it is hereby
ORDERED that the court will hold a status conference in the
above-captioned actions immediately following the oral argument
and status conference set to be held in related Atlas Data
Privacy cases on **Monday, June 16, 2025 at 10:00 AM** in Courtroom
No. 1 in the United States Courthouse in Camden, New Jersey, as
set forth in the court's order dated May 22, 2025.  See, e.g.,
Order, Atlas Data Privacy Corp. v. We Inform, LLC., 24-cv-4037
(D.N.J. filed May 22, 2025) (Doc. #59).

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.