AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of **New Jersey (Camden)**

ATLAS DATA PRIVACY CORPORATION,

Plaintiff(s),

V.

PUBLICNSA, LLC, et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:25-cv-05989-HB

Notice is hereby given that, subject to approval by the court, **PublicNSA, LLC** substitutes
(Party(s) Name)

**Michael Jervis**, State Bar No. **082412013** as counsel of record in
(Name of New Attorney)

place of **Kevin J. Mangan, Patrick Emerson McCormick and Andrew Dubin**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Michael Jervis
Address: Mullen Coughlin LLC
426 W. Lancaster Ave., Suite 200, Devon, PA 19333
Telephone: (267) 930-4498    Facsimile (267) 930-4771
E-Mail (Optional): mjervis@mullen.law

I consent to the above substitution.
Date: 06.23.2025

*Bradley Mack*
(Signature of Party(s))

I consent to being substituted.
Date: 06.25.2025

*Kevin Mangan*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 06.24.2025

*Michael Jervis*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]