✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of**   New Jersey (Camden)

ATLAS DATA PRIVACY CORPORATION

Plaintiff (s),

V.

PUBLICNSA, LLC, ET AL.

Defendant (s),

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

**CASE NUMBER:**   1:25-cv-05989-HB

Notice is hereby given that, subject to approval by the court,   PublicNSA, LLC   substitutes

(Party (s) Name)

Jordan S. O'Donnell   , State Bar No.   028302011   as counsel of record in

(Name of New Attorney)

place of   Michael Jervis   .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Jordan S. O'Donnell
Mullen Coughlin LLC

Address:   426 W. Lancaster Ave., Suite 200, Devon, PA 19333

Telephone:   267-930-4106   Facsimile   267-930-4771

E-Mail (Optional):   jsodonnell@mullen.law

I consent to the above substitution.

Date:   08.03.2025

*Bradley Mack*

(Signature of Party (s))

I consent to being substituted.

Date:   July 29, 2025

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   August 4, 2025

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**