## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (CAMDEN)

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PUBLICNSA, LLC, et al.,<br><br>Defendants. | Case No.: 1:25-cv-05989-HB |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant, PublicNSA, LLC, in the above captioned matter.

Dated: September 4, 2025

Respectfully submitted,

*/s/ Michael W. Jervis*
Michael W. Jervis (Bar #082412013)
Mullen Coughlin LLC
426 W. Lancaster Ave., Suite 200
Devon, PA 19333
Telephone: (267) 930-4498
Email: mjervis@*mullen.law*

*Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on September 4, 2025, a copy of this Notice of Appearance was filed electronically and served on all counsel of record through the electronic filing system.

*/s/Michael W. Jervis*
Michael W. Jervis
