Jordan S. O'Donnell
MULLEN COUGHLIN LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333

*Attorneys for Defendant PublicNSA, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ATLAS DATA PRIVACY CORPORATION,** *as assignee of individuals who are Covered Persons*, **SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,** | **Case No. 1:25-cv-05989-HB** |
| **Plaintiffs,** | |
| **v.** | |
| **PUBLICNSA, LLC, RICHARD DOES 1-10, AND ABC COMPANIES 1-10,** | |
| **Defendants.** | |

## DEFENDANT PUBLICNSA, LLC'S
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant PublicNSA, LLC ("PublicNSA"), by and through its undersigned

counsel, moves this Honorable Court pursuant to Fed. R. Civ. P. 12(b)(2) and

12(b)(6) to dismiss Plaintiffs' Complaint against PublicNSA, with prejudice.

PublicNSA seeks dismissal on several grounds,  as discussed within the

accompanying Brief in Support. The Brief in Support, at the Court's instruction

(Doc. 13) incorporates Rule 12(b) arguments raised by other defendants sued in this Court under the same statute, Daniel's Law, N.J.S.A. § 56:8-166.1, by the same or similar plaintiffs.

PublicNSA seeks dismissal because Daniel's Law is unconstitutional; because this Court lacks personal jurisdiction over PublicNSA because it does not have the requisite contacts with New Jersey; and because Plaintiffs' Complaint fails to state a claim.

A proposed Order is submitted herewith.

WHEREFORE, Defendant PublicNSA, LLC, respectfully requests this Court dismiss Plaintiffs' Complaint with prejudice.

Dated: October 17, 2025                Respectfully submitted,

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4106
jsodonnell@mullen.law

*Attorney for Defendant PublicNSA, LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 17, 2025, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell