IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION : | | CIVIL ACTION |
| : | | |
| v. : | | |
| : | | |
| PUBLICNSA, LLC, et al. : | | NO. 25-5989 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY : | | CIVIL ACTION |
| CORPORATION, et al. : | | |
| : | | |
| v. : | | |
| : | | NO. 25-6863 |
| REDX LLC, et al. : | | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY : | | CIVIL ACTION |
| CORPORATION, et al. : | | |
| : | | |
| v. : | | |
| : | | NO. 25-7650 |
| TRUE SOFTWARE SCANDINAVIA AB, : | | |
| et al. : | | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY : | | CIVIL ACTION |
| CORPORATION, et al. : | | |
| : | | |
| v. : | | |
| : | | NO. 25-11948 |
| CYBO COMPANY, et al. : | | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY : | | CIVIL ACTION |
| CORPORATION, et al. : | | |
| : | | |
| v. : | | |
| : | | NO. 25-12137 |
| AGR MARKETING SOLUTIONS, LLC, : | | |
| et al. : | | |

-2-

ORDER

AND NOW, this 28th day of October 2025, based on the letter request of the Attorney General of New Jersey in the above cases, it is hereby ORDERED that his intervention in the above actions is GRANTED.

BY THE COURT:

/s/  Harvey Bartle III
                    J.