# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, and PATRICK COLLIGAN,<br><br>Plaintiffs,<br>vs.<br><br>PUBLICNSA, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Case No. 1:25-cv-05989-HB<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF ELLIOT C. HARVEY SCHATMEIER** |

To: All Counsel of Record

PLEASE TAKE NOTICE that Plaintiff Atlas Data Privacy Corporation ("Plaintiff") respectfully moves this Court pursuant to Local Civ. R. 101.1(c) to admit Elliot C. Harvey Schatmeier *pro hac vice* in connection with this matter.

PLEASE TAKE FURTHER NOTICE that Plaintiff will rely upon the Certification of Rajiv D. Parikh and the Certification of Elliot C. Harvey Schatmeier in support of this application. A proposed Order is attached.

Dated: December 18, 2025

/s/ *Jessica A. Merejo*
**PEM LAW LLP**
Jessica A. Merejo
1 Boland Dr., Suite 101
West Orange, New Jersey 07052
Telephone: (973) 557-5700
Email: jmerejo@pemlawfirm.com