

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.7832

January 22, 2026

<u>VIA CM/ECF & E-MAIL (</u>

Hon. Harvey Bartle, III, U.S.D.J.
U.S. District Court, District of New Jersey (by designation)
c/o U.S. District Court, Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    <u>In re: Daniel's Law Compliance Litigation</u>
             **Civil Action Nos. 24-cv-04098 (Quantarium Alliance, LLC)**
             **24-cv-04609 (Nuwber, Inc.)**
             **24-cv-11023  (Spy Dialer, Inc.)**
             **25-cv-05989  (PublicNSA, LLC)**
             **25-cv-07650  (True Software Scandinavia AB)**

             **Request to Delete Inadvertent Public Filing**

Dear Judge Bartle:

      This firm represents plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are covered persons ("Assignors") under <u>N.J.S.A.</u> 56:8-166.1(d) ("Daniel's Law"); and the individual plaintiffs (collectively, "Plaintiffs") in the above-referenced matters.

      Counsel for Plaintiffs respectfully writes to advise the Court that, due to an inadvertent mistake, Plaintiffs' opposition brief was filed publicly without redactions, despite containing information that was intended to be filed under seal.

      Accordingly, Plaintiffs hereby enclose a proposed Order directing the Clerk of Court to delete the unredacted filing from the public docket in the above-referenced matter. Consistent with the Court's direction, Plaintiffs will promptly submit a properly redacted version of the opposition brief, along with redacted exhibit slip sheets, for filing on the publicly available docket.

      Plaintiffs apologize for this inadvertent error and appreciate the Court's time and attention to these matters.

      Thank you for Your Honor's time and consideration.

Hon. Harvey Bartle, III, U.S.D.J.
January 22, 2026
Page **2** of **2**

                        Respectfully submitted,

                        **PEM LAW LLP**
                        *Attorney for Plaintiffs*

                By:    s/ *Jessica A. Merejo*
                          JESSICA A. MEREJO

JAM/
c:         Counsel of record (via ECF and email)