

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1973.567.7832

February 6, 2026

**VIA ECF**
Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    <u>**Atlas Data Privacy Corp. et al. v. PublicNSA, LLC**</u>
              **Civil Action No. 25-5989**

Dear Judge Bartle:

      We, along with cocounsel at Bird, Marella, Rhow, Lincenberg, Drooks, & Nessim, LLP, represent Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, and the individual plaintiffs (collectively, "Plaintiffs") in the above-captioned matter.

      We have conferred with counsel Defendant PublicNSA, LLC, and have reached an agreement that the proposed Protective Order attached as **Exhibit 1** to this letter should be entered in this case to facilitate discovery and protect the parties' confidential information. We ask that the Court so enter it.

                    Respectfully submitted,

                    **PEM LAW LLP**
                    *Attorneys for Plaintiffs*

                    *s/ Jessica A. Merejo*
                    JESSICA A. MEREJO

JAM/
cc: All counsel of record (via ECF)

4117090.1