# BIRD MARELLA LLP

BIRD • MARELLA • RHOW • LINCENBERG • DROOKS • NESSIM

**Gregory T. Nolan**

(310) 201-2100 ☎
gnolan@birdmarella.com ✉
www.birdmarella.com 🌐

February 11, 2026

<u>VIA ECF</u>

Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:    **Atlas Data Privacy Corp. et al. v. PublicNSA, LLC**
        **Civil Action No. 25-5989**

Dear Judge Bartle:

We, along with cocounsel at PEM Law LLP, represent Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, and the individual plaintiffs (collectively, "Plaintiffs") in the above-captioned matter.

Counsel for Plaintiffs respectfully writes to advise the Court that, due to an inadvertent mistake, Plaintiffs' supporting filings to their opposition to PublicNSA's motion to dismiss for lack of personal jurisdiction inadvertently failed to include an exhibit, PublicNSA's privacy policy. The privacy policy was an exhibit to the deposition of Brad Mack, with excerpts of that deposition attached as Exhibit C to the Certification of Jessica A. Merejo, Esq., in Support of Plaintiff's Opposition to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction.

This privacy policy is addressed in the parties' briefings, specifically at pages 26-27 and 36-37 of Plaintiffs' opposition and page 12 of PublicNSA's reply brief.

Attached as **Exhibit 1** to this letter is my certification authenticating the privacy policy, which is attached as **Exhibit A** to my certification.

//

//

//

**Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP**
1875 Century Park East, 23rd Floor, Los Angeles, California 90067-2561

February 11, 2026
Page 2


   I have conferred with counsel for PublicNSA, and they have no objection to the filing of this privacy policy.


       Respectfully submitted,

       **Bird, Marella, Rhow, Lincenberg,
Drooks, & Nessim, LLP**

       _/s/ Gregory T. Nolan_
       Gregory T. Nolan
       _Attorneys for Plaintiffs_

       **PEM LAW LLP**

       _/s/ Jessica A. Merejo_
       JESSICA A. MEREJO
       _Attorneys for Plaintiffs_


4119380.2

# Exhibit 1

**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Kathleen Barnett Einhorn (040161992)
Jessica A. Merejo, Esq. (288592020)
1 Boland Drive, Suite 101
West Orange, New Jersey 07502
Telephone: (973) 577-5500
Facsimile: (973) 860-4433
Email: rparikh@pemlawfirm.com
               jmerejo@pemlawfirm.com

*Attorneys for Plaintiffs*

**BIRD, MARELLA, RHOW, LINCENBERG, DROOKS, & NESSIM, LLP**
Ekwan E. Rhow (admitted *pro hac vice*)
Elliot C. Harvey Schatmeier
           (admitted *pro hac vice*)
Shoshana E. Bannett (admitted *pro hac vice*)
Gregory T. Nolan (admitted *pro hac vice*)
Bill L. Clawges (admitted *pro hac vice*)
1875 Century Park East, 23rd Fl
Los Angeles, CA 90067
Tel.: (310) 201-2100
erhow@birdmarella.com
ehs@birdmarella.com
sbannett@birdmarella.com
gnolan@birdmarella.com
bclawges@birdmarella.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, and PATRICK COLLIGAN,<br><br>        Plaintiffs,<br>   vs.<br><br>PUBLICNSA, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>        Defendants. | Civ. Action No. 1:25-cv-05989-HB<br><br>**CERTIFICATION OF GREGORY T. NOLAN, ESQ.** |

**CERTIFICATION OF GREGORY T. NOLAN, ESQ. IN SUPPORT OF FEBRUARY 11, 2026 LETTER BRIEF**

Gregory T. Nolan, an attorney duly admitted *pro hac vice* as counsel of record in the above captioned case, upon oath declares and states the following:

1.      I am of counsel at Bird, Marella, Rhow, Lincenberg, Drooks, & Nessim LLP, cocounsel with PEM Law LLP, attorneys for Atlas Data Privacy Corporation, *as assignee of the rights of Covered Persons*, and all Individual Plaintiffs (collectively, "Plaintiffs"), in the above-captioned action. As such, I am fully familiar with the facts set forth herein, which are based upon my own personal knowledge.

2.      Attached as **Exhibit A** to this Certification is a true and correct copy of Exhibit 3 to the deposition of Brad Mack. Excerpts from Mr. Mack's deposition were attached as Exhibit C to the certification of Jessica A. Merejo, Esq., in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on February 11, 2027

By: */s/ Gregory T. Nolan*
Gregory T. Nolan

# Exhibit A

**Page Vault**

| | |
|---|---|
| Document title: | Privacy Policy \| BIGDBM Data Protection |
| Capture URL: | https://bigdbm.com/privacy-policy/ |
| Page loaded at (UTC): | Wed, 17 Dec 2025 23:02:45 GMT |
| Capture timestamp (UTC): | Wed, 17 Dec 2025 23:03:38 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 39 |
| Capture ID: | mxcQ3zNS3bCjgZdYv6jy6g |
| Display Name: | rattarson |

**Exhibit 3**

12/18/2025

PDF REFERENCE #:    23ew1M3K34sNhsTyzKxNwS

# BIGDBM PRIVACY POLICY

***Last Updated: July 1, 2025***

### Introduction

We value your privacy very highly. Please read this BIGDBM Privacy Policy ("Privacy Policy") carefully before using the Website operated by PublicNSA LLC dba BIGDBM, a Limited Liability Company formed in Florida, United States ("us," "we," "our") in connection with the **https://bigdbm.com** website, and any other website or service that we own or control and which posts or links to this Privacy Policy (collectively, the "Website"). By accessing or using the Website, you agree to be bound by this Privacy Policy. If you disagree with any part of the Privacy Policy, then you do not have our permission to access or use the Website.

This Privacy Policy contains important information regarding your privacy and how we may use the information we collect about you. As used in this Privacy Policy, "Personal Information" means information that relates to an identified individual or an identifiable individual. It does not include aggregated, deidentified or anonymized information that is maintained in a form that is not reasonably capable of being associated with or linked to you or a particular household. This Privacy Policy applies to all users of the Website, all individuals whose Personal Information we store, including, but not limited to individuals who use, view, or otherwise access the Website, BIGDBM Customers (as defined below), business contact information from prospective BIGDBM Customers and their representatives, and other individuals whose Personal Information we receive from third parties or otherwise collect, and business contact information from suppliers and business partners and their representatives.

This Privacy Policy does not apply to:

- Personal Information which is processed by BIGDBM to provide professional services to BIGDBM Customers. If you are a BIGDBM Customer and BIGDBM is processing Personal Information on behalf of your company, please refer to the fully executed Master Services Agreement and the related Statement of Work for information on how BIGDBM manages your data assets.
- Personal Information collected about you by BIGDBM Customers. BIGDBM Customers are responsible for their own Personal Information collection and processing practices, including when BIGDBM Customers use BIGDBM products or services to process Personal Information. To find out more about BIGDBM Customers' use of Personal Information about you, you are encouraged to review the relevant privacy policy of the company who collected your Personal Information. Please consult that company directly if you have any further questions about its collection and/or use of Personal Information about you.

### Your Privacy Rights and Choices

We offer certain privacy rights as stated below to individuals who reside in the United States, subject to certain limitations at law. A summary of those rights is provided below as well as information on how to exercise your rights. We will require certain identifying information about you as necessary for us to verify your request by applicable law.

Table 1. Summary of U.S. Consumer Privacy Rights and Submission Methods.

| Privacy Right | Description |
|---|---|
| **Right to Opt-Out of Sale or Sharing** | The right to direct us not to sell or share personal information we have collected about you to third parties, including for ad targeting/cross-contextual behavioral advertising. |
| | Residents of the USA may submit such requests via the **Do Not Sell or Share My Personal Information webform** or email to **privacy@bigdbm.com**. If you email us, then please fill out and attach the form: **Consumer Rights Request** to your email. |
| **Right to Know** | The right to request the following information relating to the personal information we have collected about you and disclosed about you: |
| | – The categories of personal information we have collected about you; |
| | – The categories of sources from which the personal information was collected; |
| | – The business or commercial purposes for collecting, selling, or sharing the personal information; |
| | – The categories of third parties with whom the business shares personal information; |
| | – The categories of personal information sold, and for each category identified, the categories of third parties to whom it sold that particular category of personal information; and |

– The categories of personal information we have collected about you;

– The categories of third parties with whom the business shares personal information;

– The categories of personal information sold, and for each category identified, the categories of third parties to whom it sold that particular category of personal information; and

– The categories of personal information that the business disclosed for a business purpose, and for each category identified, the categories of third parties to whom it disclosed that particular category of personal information.

Residents of the USA may submit such requests via the **Do Not Sell or Share My Personal Information webform** or email to **privacy@bigdbm.com**, or by calling the toll-free number 1-844-693-2820. If you email us, then please fill out and attach the form: **Consumer Rights Request** to your email.

| **Right to Access** | The right to access and obtain a copy of the specific pieces of personal information we have collected about you in a structured, machine-readable format that may be transmitted to another entity without hindrance, to the extent technically feasible. |
| --- | --- |
| | Residents of the USA may submit such requests via **Consumer Rights Requests webform** or email to **privacy@bigdbm.com**, or by calling the toll-free number 1-844-693-2820. If you email us, then please fill out and attach the form: **Consumer Rights Request** to your email. |
| **Right to Correct** | The right to request that we correct your inaccurate personal information maintained by us. |
| | Residents of the USA may submit such requests via **Do Not Sell or Share My Personal Information webform** or email to **privacy@bigdbm.com**, or by calling the toll-free number 1-844-693-2820. If you email us, then please fill out and attach the form: **Consumer Rights Request** to your email. |
| **Limit Use of Sensitive Personal Information** | The right to limit use and disclosure of sensitive personal information collected about you. |
| | Residents of California may submit these requests via **Limit Use of Sensitive Personal Information webform** or email to **privacy@bigdbm.com**.  If you email us, then please fill out and attach the form: **Consumer Rights Request** to your email. |
| **Right to Deletion** | The right to request the deletion or erasure of personal information we have collected from you, subject to certain exceptions. |
| | Residents of the USA may submit such requests via **Do Not Sell or Share My Personal Information webform** or email to **privacy@bigdbm.com**, or by calling the toll-free number 1-844-693-2820. If you email us, then please fill out and attach the form: **Consumer Rights Request** to your email. |
| **Right to Non-Discrimination** | The right to equal treatment and no discriminatory treatment for exercising your privacy rights and choices. |
| | If you believe you have received discriminatory treatment by BIGDBM for exercising your privacy rights, please contact us at **privacy@bigdbm.com**. |
| **"Shine the Light" Law** | California's "Shine the Light" law (Civil Code § 1798.83) also permits California residents that have an established business relationship with us to request certain information regarding our disclosure of personal information to third parties for their direct marketing purposes during the immediately preceding calendar year or to have the right to opt-out of such disclosures.  For any questions on these practices, please contact us at **privacy@bigdbm.com**. |

Right to Appeal: In certain circumstances, we may decline a request to exercise the rights described above. If your request is denied, we will provide an explanation for the denial. For any questions on these practices, please contact us at **privacy@bigdbm.com**.

Unsubscribe from Marketing Communications: If you would like to unsubscribe from BIGDBM marketing communications, please update your marketing preferences by clicking on the "Unsubscribe" link at the bottom of the email you received, or alternatively, by emailing BIGDBM at privacy@bigdbm.com if the Unsubscribe option in the email is not available.

How to Exercise Your Privacy Rights and Choices

When you submit your rights requests, we will ask you to provide your name and contact information so that we can communicate with you regarding your request and process your request.  In addition, for your privacy and security and to prevent fraud or other harmful activities, we may ask for information that we will use to verify your identity as permitted by law.  For requests of specific pieces of personal information about a consumer, we will verify your identity to a reasonably high degree of certainty; whereas for requests to know categories of information, requests to correct or for requests to delete we will verify your identity to a reasonable degree of certainty.   Providing accurate information that matches our records is necessary so that we can locate the correct information within our systems and among our service providers.  The information we may ask you to provide includes your name, mailing address, and either your mobile phone number or your email address.

Do not send us, directly or indirectly, any sensitive or special categories of Personal Information (e.g., social security numbers or other national or state identifiers, health information, biometric data or genetic characteristics, criminal background information, financial account numbers, payment card information, and so on) on or through the Website or otherwise.

We will evaluate and respond to your request to the extent required by law (or at our discretion if not required by law) and as permitted by our contracts, confidentiality obligations, and applicable laws and regulations. We may not be able to provide all of the information requested due to certain exceptions enumerated in other applicable laws. If we do not have sufficient information about you to verify your identity, we may not be able to identify you and will be unable to process your request. We will attempt to verify your identity by using the information you submit with your request and matching it with the information we possess about you. We may need to request additional information to sufficiently identify you.

**Authorized Agents**

In certain circumstances, you are permitted to use an authorized agent to submit privacy rights requests on your behalf. We may verify the authorized agent's authority to act on your behalf as follows: For requests to opt-out of personal information "sales" or "sharing," we may ask you to provide a signed permission demonstrating that your authorized agent has been authorized by you to act on your behalf. For all other requests, we may ask you to provide sufficient evidence to show that you have provided the authorized

Document title: Privacy Policy | BIGDBM Data Protection

Capture URL: https://bigdbm.com/privacy-policy/

Capture timestamp (UTC): Wed, 17 Dec 2025 23:03:38 GMT

Page 2 of 38

information requested due to certain exceptions enumerated in other applicable laws. If we do not have sufficient information about you to properly identify you and be confident you are who you are, we are not required to proceed with your request. We will seek to verify your identity by using the information you submit with your request and matching it with the information we possess about you. We may need to request additional information to sufficiently identify you.

### Authorized Agents

In certain circumstances, you are permitted to use an authorized agent to submit privacy rights requests on your behalf. We may verify the authorized agent's authority to act on your behalf as follows: For requests to opt-out of personal information "sales" or "sharing," we may ask you to provide a signed permission demonstrating your authorized agent has been authorized by you to act on your behalf. For all other requests, we may ask you to provide sufficient evidence to show that you have provided the authorized agent signed permission to act on your behalf, verified your own identity directly with us pursuant to the instructions set forth in this Privacy Policy, and directly confirmed with us that you provided the authorized agent permission to submit the request on your behalf.

## How to Opt Out of Interest Based Advertising

You also have options to change settings in your devices to opt out of interest-based advertising. Opting out of interest-based advertising is optional and does not mean you will no longer see advertising on the content or applications. It means that you may not be shown advertisements that have been tailored to your interests. Interest-based ads may be blocked by your service provider(s) whenever possible but sometimes device settings or browser settings may prevent your service provider(s) from setting opt-out configuration. See below for instructions on how to opt out.

On Your Mobile Device (Mobile Ad IDs (MAIDs) Privacy Preference Management)

You can manage your privacy preferences on your mobile device by adjusting your advertising preferences within their device settings. For example:

To adjust your advertising preferences in iOS (version 12.4 and earlier), visit Settings > Privacy > Advertising > Limit Ad Tracking or Settings > Privacy > Advertising > Reset Advertising ID. For version 14.5 and later, please visit Apple Support **here**.

To adjust your advertising preferences in Android, visit Settings > Google > Ads > Opt out of interest-based ads or Settings > Google Services & Preferences > Ads > Opt out of Ads Personalization; and,

Links to **https://youradchoices.com/appchoices** to download the AppChoices Tool to control interest-based advertising on apps on mobile devices and **https://thenai.org/opt-out/mobile-opt-out/** for more information and instructions on opting out on mobile devices.

On Your CTV Devices

For suggestions on using the advertising choice mechanisms provided by the most popular CTV devices see **Appendix 1 – CTV Device Preference Management below**, or navigate directly to each CTV Device Manufacturer's website for more information.

- Roku – see **https://docs.roku.com/published/userprivacypolicy/en/us** for more information.
- Amazon Fire TV – see **https://www.amazon.com/gp/help/customer/display.html?nodeId=GQFYXZHZB2H629WN** for more information.
- Google Chromecast – see **https://support.google.com/chromecast/answer/6076570? hl=en&co=GENIE.Platform%3DAndroid** for more information.
- Apple TV – see **https://www.apple.com/legal/privacy/data/en/apple-tv-app/#:~:text=Apple%20collects%20information%20about%20what,watching%20across%20your%20supported%20devices** for more information.
- Samsung Smart TV – see **https://www.samsung.com/hk_en/info/privacy/smarttv/** for more information.

## Type of Personal Information We Collect; Sources of Information; How We Use This Information; What happens if we don't have it; Legal Basis for Processing

The tables below describe our data practices in the last 12 months. For purposes of this Privacy Policy, when we use the term "third party" we mean entities that are not service providers or contractors providing services on behalf of us and that are not entities with whom you interact with directly.

Table 2. Categories of Personal Information, Legal Basis, Sources, Uses, and Consequences of Non-Provision

| Category of information | A specific piece of information | Legal basis for processing this information | Where do we get this information | How we use this information | What happens if we don't have this information |
|---|---|---|---|---|---|
| Identifying information | Name | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of |

| | | | | | |
|---|---|---|---|---|---|
| | | | | ● Performing services; <br><br> ● Processing or fulfilling orders or transactions; <br><br> ● Verifying customer information; <br><br> ● Verifying position and quality of ad impressions; <br><br> ● Profiling. | marketing and advertising will not be possible; <br><br> ● Our use of your data for performing services will not be possible; <br><br> ● Our use of your data for processing or fulfilling orders or transactions will not be possible; <br><br> ● Our use of your data for verifying customer information will not be possible; <br><br> ● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Identifying information | Postal / Shipping address | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys; <br><br> ● Tracking pixels; <br><br> ● Data brokers. | ● Analytics; <br><br> ● Enforcing our Terms of Service; <br><br> ● Marketing and advertising; <br><br> ● Performing services; <br><br> ● Processing or fulfilling orders or transactions; <br><br> ● Verifying customer information; <br><br> ● Verifying position and quality of ad impressions; <br><br> ● Profiling. | ● Our use of your data for analytics will not be possible; <br><br> ● Our use of your data for enforcing our Terms of Service will not be possible; <br><br> ● Our use of your data for marketing and advertising will not be possible; <br><br> ● Our use of your data for performing services will not be possible; <br><br> ● Our use of your data for processing or fulfilling orders or transactions will not be possible; <br><br> ● Our use of your data for verifying customer information will not be possible; <br><br> ● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Identifying | Phone number | ● Processing is | ● Surveys; | ● Analytics; | ● Our use of your |

Document title: Privacy Policy | BIGDBM Data Protection
Capture URL: https://bigdbm.com/privacy-policy/
Capture timestamp (UTC): Wed, 17 Dec 2025 23:03:38 GMT

| | | | | your data for verifying the position and quality of ad impressions will not be possible. |
|---|---|---|---|---|
| Identifying information | Phone number | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information;<br><br>● Verifying position and quality of ad impressions;<br><br>● Profiling. | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible;<br><br>● Our use of your data for verifying customer information will not be possible;<br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Identifying information | IP address | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information;<br><br>● Verifying position and quality of ad | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible; |

| | | | | | |
|---|---|---|---|---|---|
| | | | | ● Profiling for performing services will be possible;<br><br>● Verifying position and quality of ad impressions;<br><br>● Profiling. | ● Our use of your data for processing or fulfilling orders or transactions will not be possible;<br><br>● Our use of your data for verifying customer information will not be possible;<br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Identifying information | Email address | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information;<br><br>● Verifying position and quality of ad impressions;<br><br>● Profiling. | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible;<br><br>● Our use of your data for verifying customer information will not be possible;<br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Identifying information | Device identifier | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of |

| | | | | | |
|---|---|---|---|---|---|
| information | | necessary for a legitimate interest pursued by us or by a third party. | ● Tracking pixels;<br><br>● Data brokers. | ● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information;<br><br>● Verifying position and quality of ad impressions;<br><br>● Profiling. | data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible;<br><br>● Our use of your data for verifying customer information will not be possible;<br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Identifying information | Alias | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information;<br><br>● Verifying position and quality of ad impressions;<br><br>● Profiling. | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible;<br><br>● Our use of your data for verifying customer information will not be possible;<br><br>● Our use of your data for verifying the position and |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | ● Our use of your data for verifying customer information will not be possible;<br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Identifying information | Online identifier | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information;<br><br>● Verifying position and quality of ad impressions;<br><br>● Profiling. | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible;<br><br>● Our use of your data for verifying customer information will not be possible;<br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Identifying information | Account name | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible; |

| | | | | services; | marketing and advertising will not be possible; |
|---|---|---|---|---|---|
| | | | | ● Processing or fulfilling orders or transactions; | ● Our use of your data for performing services will not be possible; |
| | | | | ● Verifying customer information; | ● Our use of your data for processing or fulfilling orders or transactions will not be possible; |
| | | | | ● Verifying position and quality of ad impressions; | ● Our use of your data for verifying customer information will not be possible; |
| | | | | ● Profiling. | ● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Employment information | Job Title | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information;<br><br>● Verifying position and quality of ad impressions;<br><br>● Profiling. | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible;<br><br>● Our use of your data for verifying customer information will not be possible;<br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Characteristics of protected classifications | Age | ● Processing is necessary for a legitimate interest pursued by us or by a | ● Surveys;<br><br>● Tracking | ● Analytics;<br><br>● Enforcing our Terms of | ● Our use of your data for analytics will not be possible; |

| Characteristics of protected classifications | Age | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information;<br><br>● Verifying position and quality of ad impressions;<br><br>● Profiling. | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible;<br><br>● Our use of your data for verifying customer information will not be possible;<br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Characteristics of protected classifications | Marital status | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information;<br><br>● Verifying position and quality of ad impressions;<br><br>● Profiling. | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible;<br><br>● Our use of your data for verifying |

| | | | | customer information; ● Verifying position and quality of ad impressions; ● Profiling. | ● Our use of your data for processing or fulfilling orders or transactions will not be possible; ● Our use of your data for verifying customer information will not be possible; ● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
|---|---|---|---|---|---|
| Characteristics of protected classifications | Sex | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys; ● Tracking pixels; ● Data brokers. | ● Analytics; ● Enforcing our Terms of Service; ● Marketing and advertising; ● Performing services; ● Processing or fulfilling orders or transactions; ● Verifying customer information; ● Verifying position and quality of ad impressions; ● Profiling. | ● Our use of your data for analytics will not be possible; ● Our use of your data for enforcing our Terms of Service will not be possible; ● Our use of your data for marketing and advertising will not be possible; ● Our use of your data for performing services will not be possible; ● Our use of your data for processing or fulfilling orders or transactions will not be possible; ● Our use of your data for verifying customer information will not be possible; ● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Commercial information | Records of personal property | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys; ● Tracking pixels; ● Data brokers. | ● Analytics; ● Enforcing our Terms of Service; ● Marketing and advertising; ● Performing services; | ● Our use of your data for analytics will not be possible; ● Our use of your data for enforcing our Terms of Service will not be possible; ● Our use of your data for marketing and |

| | | | | | |
|---|---|---|---|---|---|
| | third party. | | ● pixels; <br><br>● Data brokers. | Service; <br><br>● Marketing and advertising; <br><br>● Performing services; <br><br>● Processing or fulfilling orders or transactions; <br><br>● Verifying customer information; <br><br>● Verifying position and quality of ad impressions; <br><br>● Profiling. | ● Our use of... enforcing our Terms of Service will not be possible; <br><br>● Our use of your data for marketing and advertising will not be possible; <br><br>● Our use of your data for performing services will not be possible; <br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible; <br><br>● Our use of your data for verifying customer information will not be possible; <br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Commercial information | Purchasing or consuming histories or tendencies | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys; <br><br>● Tracking pixels; <br><br>● Data brokers. | ● Analytics; <br><br>● Enforcing our Terms of Service; <br><br>● Marketing and advertising; <br><br>● Performing services; <br><br>● Processing or fulfilling orders or transactions; <br><br>● Verifying customer information; <br><br>● Verifying position and quality of ad impressions; <br><br>● Profiling. | ● Our use of your data for analytics will not be possible; <br><br>● Our use of your data for enforcing our Terms of Service will not be possible; <br><br>● Our use of your data for marketing and advertising will not be possible; <br><br>● Our use of your data for performing services will not be possible; <br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible; <br><br>● Our use of your data for verifying customer information will not be possible; <br><br>● Our use of your data for verifying the position and quality of ad impressions will not be |

| | | | | customer information will not be possible; |
| --- | --- | --- | --- | --- |
| | | | | ● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Internet or other electronic activity | Browsing history | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information;<br><br>● Verifying position and quality of ad impressions;<br><br>● Profiling. | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible;<br><br>● Our use of your data for verifying customer information will not be possible;<br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Internet or other electronic activity | Search History | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information; | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of |

Document title: Privacy Policy | BIGDBM Data Protection
Capture URL: https://bigdbm.com/privacy-policy/
Capture timestamp (UTC): Wed, 17 Dec 2025 23:03:38 GMT

| | | | | | |
|---|---|---|---|---|---|
| | | | | ● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information;<br><br>● Verifying position and quality of ad impressions;<br><br>● Profiling. | possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible;<br><br>● Our use of your data for verifying customer information will not be possible;<br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Internet or other electronic activity | Information regarding your interaction with our website or application | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information;<br><br>● Verifying position and quality of ad impressions;<br><br>● Profiling. | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible;<br><br>● Our use of your data for verifying customer information will not be possible;<br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Consumer profiling | Inferences are drawn from any other information to create a profile about the consumer | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels; | ● Analytics;<br><br>● Enforcing our Terms of Service; | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing |

| | | | | | |
|---|---|---|---|---|---|
| Consumer profiling | Inferences are drawn from any other information to create a profile about the consumer | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information;<br><br>● Verifying position and quality of ad impressions;<br><br>● Profiling. | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible;<br><br>● Our use of your data for verifying customer information will not be possible;<br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Sensitive personal information | Race | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys;<br><br>● Tracking pixels;<br><br>● Data brokers. | ● Analytics;<br><br>● Enforcing our Terms of Service;<br><br>● Marketing and advertising;<br><br>● Performing services;<br><br>● Processing or fulfilling orders or transactions;<br><br>● Verifying customer information;<br><br>● Verifying position and quality of ad impressions;<br><br>● Profiling. | ● Our use of your data for analytics will not be possible;<br><br>● Our use of your data for enforcing our Terms of Service will not be possible;<br><br>● Our use of your data for marketing and advertising will not be possible;<br><br>● Our use of your data for performing services will not be possible;<br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible;<br><br>● Our use of your data for verifying customer information will not be possible; |

| | | | | |
|---|---|---|---|---|
| | | | ● Verifying position and quality of ad impressions; <br><br>● Profiling. | processing or fulfilling orders or transactions will not be possible; <br><br>● Our use of your data for verifying customer information will not be possible; <br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Sensitive personal information | National origin | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys; <br><br>● Tracking pixels; <br><br>● Data brokers. | ● Analytics; <br><br>● Enforcing our Terms of Service; <br><br>● Marketing and advertising; <br><br>● Performing services; <br><br>● Processing or fulfilling orders or transactions; <br><br>● Verifying customer information; <br><br>● Verifying position and quality of ad impressions; <br><br>● Profiling. | ● Our use of your data for analytics will not be possible; <br><br>● Our use of your data for enforcing our Terms of Service will not be possible; <br><br>● Our use of your data for marketing and advertising will not be possible; <br><br>● Our use of your data for performing services will not be possible; <br><br>● Our use of your data for processing or fulfilling orders or transactions will not be possible; <br><br>● Our use of your data for verifying customer information will not be possible; <br><br>● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Sensitive personal information | Religion | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys; <br><br>● Tracking pixels; <br><br>● Data brokers. | ● Analytics; <br><br>● Enforcing our Terms of Service; <br><br>● Marketing and advertising; <br><br>● Performing services; <br><br>● Processing or | ● Our use of your data for analytics will not be possible; <br><br>● Our use of your data for enforcing our Terms of Service will not be possible; <br><br>● Our use of your data for marketing and advertising will not be possible; |

| | | | | | |
|---|---|---|---|---|---|
| | | | brokers. | and advertising; ● Performing services; ● Processing or fulfilling orders or transactions; ● Verifying customer information; ● Verifying position and quality of ad impressions; ● Profiling. | will not be possible; ● Our use of your data for marketing and advertising will not be possible; ● Our use of your data for performing services will not be possible; ● Our use of your data for processing or fulfilling orders or transactions will not be possible; ● Our use of your data for verifying customer information will not be possible; ● Our use of your data for verifying the position and quality of ad impressions will not be possible. |
| Sensitive personal information | Ancestry | ● Processing is necessary for a legitimate interest pursued by us or by a third party. | ● Surveys; ● Tracking pixels; ● Data brokers. | ● Analytics; ● Enforcing our Terms of Service; ● Marketing and advertising; ● Performing services; ● Processing or fulfilling orders or transactions; ● Verifying customer information; ● Verifying position and quality of ad impressions; ● Profiling. | ● Our use of your data for analytics will not be possible; ● Our use of your data for enforcing our Terms of Service will not be possible; ● Our use of your data for marketing and advertising will not be possible; ● Our use of your data for performing services will not be possible; ● Our use of your data for processing or fulfilling orders or transactions will not be possible; ● Our use of your data for verifying customer information will not be possible; ● Our use of your data for verifying the position and quality of ad impressions will not be possible. |

| | | | | | ● Our use of verifying the position and quality of ad impressions will not be possible. |
|---|---|---|---|---|---|

In addition to the information provided in the table above, we may use your Personal Information for the following purposes:

BIGDBM helps businesses market more effectively by providing marketing data products created using Personal Information collected as set forth above ("Products") that help them learn valuable insights and understand more about their clients and prospects. Our Products analyze client and prospect data to allow businesses to provide more targeted and meaningful offers, messages, and customer experiences in an offline and online context.

Our Products are designed to provide more insight and contact information on individuals and households in the US.

More specifically, we may use your Personal Information for the following business purposes and as otherwise described in this Privacy Policy or at the time of collection:

**To operate the Service and Products.** We may use your Personal Information to:

• provide, operate, and improve the Service and Products • provide information about the Service and Products • establish and maintain your user profile on the Service • enable security features of the Service or Products • communicate with you about the Service and Products • provide support and maintenance for the Service and Products • respond to your requests, questions, and feedback

**For research and development.** We may analyze the use of the Services and Products to optimize and improve them and to develop new services and products.

**For compliance, fraud prevention, and safety.** We may use your Personal Information and disclose it to law enforcement, government authorities, and private parties as we believe necessary or appropriate to (a) comply with applicable laws, lawful requests, and legal process; (b) protect our, your, or others' rights, privacy, safety or property (including by making and defending legal claims); (c) enforce the terms and conditions that govern the Service and Products; (d) protect, investigate and deter against fraudulent, harmful, unauthorized, unethical or illegal activity; and (e) conduct, complete, or respond to audits or audit results. **With your consent.** In some cases, we may specifically ask for your consent to collect, use or share your Personal Information, such as when required by applicable law.

**To process applications.** We may use your Personal Information to review and evaluate your applications to work with or for BIGDBM or otherwise respond to you regarding such inquiries.

**To create anonymous, aggregated, or de-identified data.** We may create anonymous, aggregated, or de-identified data from your Personal Information and other individuals whose Personal Information we collect. We make Personal Information into anonymous, aggregated, or de-identified data by removing information that makes the data personally identifiable to you and we do not attempt to re-identify such data. We may use this anonymous, aggregated, or de-identified data and share it with third parties, including Near. co and others, for our lawful operational purposes, including analyzing and improving the Service and Products and promoting our operations.

**Direct marketing.** We use the information that we collect about you for direct marketing purposes. Direct marketing is the act of selling products or services directly to consumers rather than through retailers. Residents of the European Union and/or the European Economic Area and the United Kingdom – You may, at any time, request that we cease to use your information for direct marketing purposes by emailing us at **privacy@bigdbm.com**.

**Profiling.** We use the information that we collect about you for profiling. Profiling is any form of automated processing of personal information consisting of the use of personal information to evaluate certain personal aspects relating to a person, in particular, to analyze or predict aspects concerning that person's performance at work, economic situation, health, personal preferences, interests, reliability, behavior, location or movements.

We use the following logic to conduct profiling: Recency, Frequency, Intensity, Strength

**Automated decision-making.** We use the information that we collect about you for automated individual decision-making. Automated individual decision-making is making a decision solely by automated means without any human involvement.

We use the following logic to conduct automated decision-making: Recency, Frequency, Intensity, Strength

**With Whom We Share Your Personal Information**

We share the personal information below with the following third parties for the following reasons:

Table 3. Categories of Personal Information Shared, Third Parties Involved, and Purposes for Sharing

| Category of personal information shared | A specific piece of personal information shared | Categories of third parties with whom personal information is/was shared | Reasons for sharing |
|---|---|---|---|
| Identifying information | Name | ● Advertising networks;<br><br>●    Data analytics providers;<br><br>●    Data brokers; | ● To market to you via email;<br><br>●    To sell your data; |

Document title: Privacy Policy | BIGDBM Data Protection
Capture URL: https://bigdbm.com/privacy-policy/
Capture timestamp (UTC): Wed, 17 Dec 2025 23:03:38 GMT

| Identifying information | Name | ● Advertising networks;<br><br>● Data analytics providers;<br><br>● Data brokers;<br><br>● Data linking platforms;<br><br>● Email marketing vendors | ● To market to you via email;<br><br>● To sell your data;<br><br>● To provide you with advertisements. |
|---|---|---|---|
| Identifying information | Postal / Shipping address | ● Advertising networks;<br><br>● Data analytics providers;<br><br>● Data brokers;<br><br>● Data linking platforms;<br><br>● Email marketing vendors | ● To market to you via email;<br><br>● To sell your data;<br><br>● To provide you with advertisements. |
| Identifying information | Phone number | ● Advertising networks;<br><br>● Data analytics providers;<br><br>● Data brokers;<br><br>● Data linking platforms;<br><br>● Email marketing vendors | ● To market to you via email;<br><br>● To sell your data;<br><br>● To provide you with advertisements. |
| Identifying information | IP address | ● Advertising networks;<br><br>● Data analytics providers;<br><br>● Data brokers;<br><br>● Data linking platforms;<br><br>● Email marketing vendors | ● To market to you via email;<br><br>● To sell your data;<br><br>● To provide you with advertisements. |
| Identifying information | Email address | ● Advertising networks;<br><br>● Data analytics providers;<br><br>● Data brokers;<br><br>● Data linking platforms;<br><br>● Email marketing vendors | ● To market to you via email;<br><br>● To sell your data;<br><br>● To provide you with advertisements. |
| Identifying information | Device identifier | ● Advertising networks;<br><br>● Data analytics providers;<br><br>● Data brokers;<br><br>● Data linking platforms;<br><br>● Email marketing vendors | ● To market to you via email;<br><br>● To sell your data;<br><br>● To provide you with advertisements. |
| Identifying information | Alias | ● Advertising networks;<br><br>● Data analytics providers; | ● To market to you via email; |

| | | Data linking platforms; | To provide you with advertisements. |
| | | Email marketing vendors | |
| Identifying information | Alias | Advertising networks; Data analytics providers; Data brokers; Data linking platforms; Email marketing vendors | To market to you via email; To sell your data; To provide you with advertisements. |
| Identifying information | Online identifier | Advertising networks; Data analytics providers; Data brokers; Data linking platforms | To market to you via email; To sell your data; To provide you with advertisements. |
| Identifying information | Account name | Advertising networks; Data analytics providers; Data brokers; Data linking platforms; Email marketing vendors | To market to you via email; To sell your data; To provide you with advertisements. |
| Characteristics of protected classifications | Age | Advertising networks; Data analytics providers; Data brokers; Data linking platforms; Email marketing vendors | To market to you via email; To sell your data; To provide you with advertisements. |
| Characteristics of protected classifications | Marital status | Advertising networks; Data analytics providers; Data brokers; Data linking platforms; Email marketing vendors | To market to you via email; To sell your data; To provide you with advertisements. |
| Characteristics of protected classifications | Sex | Advertising networks; Data analytics providers; Data brokers; Data linking platforms; Email marketing vendors | To market to you via email; To sell your data; To provide you with advertisements. |

| | | ● Data brokers; | ● To sell your data; |
| | | ● Data linking platforms; | |
| | | ● Email marketing vendors | ● To provide you with advertisements. |
| Commercial information | Records of personal property | ● Advertising networks; | ● To market to you via email; |
| | | ● Data analytics providers; | ● To sell your data; |
| | | ● Data brokers; | |
| | | ● Data linking platforms; | ● To provide you with advertisements. |
| | | ● Email marketing vendors | |
| Commercial information | Purchasing or consuming histories or tendencies | ● Advertising networks; | ● To market to you via email; |
| | | ● Data analytics providers; | ● To sell your data; |
| | | ● Data brokers; | |
| | | ● Data linking platforms; | ● To provide you with advertisements. |
| | | ● Email marketing vendors | |
| Internet or other electronic activity | Browsing history | ● Advertising networks; | ● To market to you via email; |
| | | ● Data analytics providers; | ● To sell your data; |
| | | ● Data brokers; | |
| | | ● Data linking platforms; | ● To provide you with advertisements. |
| | | ● Email marketing vendors | |
| Internet or other electronic activity | Search History | ● Advertising networks; | ● To market to you via email; |
| | | ● Data analytics providers; | ● To sell your data; |
| | | ● Data brokers; | |
| | | ● Data linking platforms; | ● To provide you with advertisements. |
| | | ● Email marketing vendors | |
| Internet or other electronic activity | Information regarding your interaction with our website or application | ● Advertising networks; | ● To market to you via email; |
| | | ● Data analytics providers; | ● To sell your data; |
| | | ● Data brokers; | |
| | | ● Data linking platforms; | ● To provide you with advertisements. |
| | | ● Email marketing vendors | |
| Consumer profiling | Inferences are drawn from any other information to create a profile about the consumer | ● Advertising networks; | ● To market to you via email; |
| | | ● Data analytics providers; | ● To sell your data; |
| | | ● Data brokers; | |
| | | ● Data linking platforms; | ● To provide you with advertisements. |
| | | ● Email marketing vendors | |

| | information to create a profile about the consumer. | | Data analytics providers; | via email;<br>● To sell your data;<br>● To provide you with advertisements. |
|---|---|---|---|---|
| | | Data brokers; | | |
| | | Data linking platforms; | | |
| | | Email marketing vendors | | |
| Sensitive personal information | Race | ● Advertising networks;<br>Data analytics providers;<br>Data brokers;<br>Data linking platforms;<br>Email marketing vendors | | ● To market to you via email;<br>● To sell your data;<br>● To provide you with advertisements. |
| Sensitive personal information | National origin | ● Advertising networks;<br>Data analytics providers;<br>Data brokers;<br>Data linking platforms;<br>Email marketing vendors | | ● To market to you via email;<br>● To sell your data;<br>● To provide you with advertisements. |
| Sensitive personal information | Religion | ● Advertising networks;<br>Data analytics providers;<br>Data brokers;<br>Data linking platforms;<br>Email marketing vendors | | ● To market to you via email;<br>● To sell your data;<br>● To provide you with advertisements. |
| Sensitive personal information | Ancestry | ● Advertising networks;<br>Data analytics providers;<br>Data brokers;<br>Data linking platforms;<br>Email marketing vendors | | ● To market to you via email;<br>● To sell your data;<br>● To provide you with advertisements. |

In addition to the information provided in the table above, we may disclose your Personal Information for a Business Purpose or share your Personal Information as follows:

**BIGDBM employees.** We share Personal Information with our employees only to the extent necessary to serve the applicable purpose(s) and to perform their job functions.

**Affiliates.** We may share your Personal Information with subsidiaries and affiliates for purposes consistent with this Privacy Policy.

**Business and marketing partners.** Third-party marketing partners, companies operating in the ad tech sector, and digital advertisers, with whom we co-sponsor events or promotions, with whom we jointly offer products or services, or whose products or services may be of interest to you.

**Service providers.** We may share your Personal Information with third-party companies, consultants, and individuals that provide services on our behalf or help us operate the Service or provide our Products (such as hosting, infrastructure, email delivery, marketing, and database management services). These third parties may use your Personal Information only as directed or authorized by us and in a manner consistent with this Privacy Policy and are prohibited from using or disclosing your information for any other purpose.

**Sale of Products.** NOTICE: We may sell your sensitive personal data. We may disclose Personal Information in connection with the sale of our Products to BIGDBM Customers, including advertising networks, internet service providers, data analytics providers,

**Service providers.** We may share your Personal Information with companies and individuals that provide services on our behalf or help us operate the Service or provide our Products (such as hosting, infrastructure, email delivery, marketing, and database management services). These third parties may use your Personal Information only as directed or authorized by us and in a manner consistent with this Privacy Policy and are prohibited from using or disclosing your information for any other purpose.

**Sale of Products.** NOTICE: We may sell your sensitive personal data. We may disclose Personal Information in connection with the sale of our Products to BIGDBM Customers, including advertising networks, internet service providers, data analytics providers, operating systems and platforms, social networks, and data resellers.

**Professional advisors.** We may disclose your Personal Information to professional advisors, such as bankers, auditors, insurers, and attorneys, where necessary in the course of the professional services they render to us.

**For compliance, fraud prevention, and safety.** We may disclose your Personal Information to law enforcement, government authorities, and private parties as we believe necessary or appropriate to (a) comply with applicable laws, lawful requests, and legal process; (b) protect our, your, or others' rights, privacy, safety or property (including by making and defending legal claims); (c) enforce the terms and conditions that govern the Service and Products; (d) protect, investigate and deter against fraudulent, harmful, unauthorized, unethical or illegal activity; and (e) conduct, complete, or respond to audits or audit results.

**Business transfers.** We may transfer or otherwise share some or all of our operations or assets, including your Personal Information, in connection with a transaction (or potential transaction) such as a corporate divestiture, merger, consolidation, acquisition, reorganization, or transfer of assets, where any Personal Information included in such transfer is subject to protections no less restrictive than those herein.

**With your consent.** We may otherwise share your Personal Information with your consent or under your instructions.

### Sale of your information

We sell the following Personal Information to the following categories of third parties:

Table 4. Categories of Personal Information Sold and Third Parties Involved in Such Sales

| Categories of information that we have sold | Specific pieces of information that we have sold | Categories of third parties to whom we have sold the information |
|---|---|---|
| Identifying information | Name | • Advertising networks;<br>• Customer management systems;<br>• Data analytics providers;<br>• Data brokers;<br>• Data linking platforms;<br>• Email marketing vendors;<br>• Financial transactions processors;<br>• Government or law enforcement entities. |
| Identifying information | Postal / Shipping address | • Advertising networks;<br>• Customer management systems;<br>• Data analytics providers;<br>• Data brokers;<br>• Data linking platforms;<br>• Email marketing vendors;<br>• Financial transactions processors;<br>• Government or law enforcement entities. |
| Identifying information | Phone number | • Advertising networks;<br>• Customer management systems;<br>• Data analytics providers; |

| Identifying information | Phone number | • Advertising networks;<br><br>• Customer management systems;<br><br>• Data analytics providers;<br><br>• Data brokers;<br><br>• Data linking platforms;<br><br>• Email marketing vendors;<br><br>• Financial transactions processors;<br><br>• Government or law enforcement entities. |
|---|---|---|
| Identifying information | IP address | • Advertising networks;<br><br>• Customer management systems;<br><br>• Data analytics providers;<br><br>• Data brokers;<br><br>• Data linking platforms;<br><br>• Email marketing vendors;<br><br>• Financial transactions processors;<br><br>• Government or law enforcement entities. |
| Identifying information | Email address | • Advertising networks;<br><br>• Customer management systems;<br><br>• Data analytics providers;<br><br>• Data brokers;<br><br>• Data linking platforms;<br><br>• Email marketing vendors;<br><br>• Financial transactions processors;<br><br>• Government or law enforcement entities. |
| Identifying information | Device identifier | • Advertising networks;<br><br>• Customer management systems;<br><br>• Data analytics providers;<br><br>• Data brokers;<br><br>• Data linking platforms;<br><br>• Email marketing vendors;<br><br>• Financial transactions processors;<br><br>• Government or law enforcement entities. |

| | | • Email marketing vendors; |
|---|---|---|
| | | • Financial transactions processors; |
| | | • Government or law enforcement entities. |
| Identifying information | Alias | • Advertising networks; |
| | | • Customer management systems; |
| | | • Data analytics providers; |
| | | • Data brokers; |
| | | • Data linking platforms; |
| | | • Email marketing vendors; |
| | | • Financial transactions processors; |
| | | • Government or law enforcement entities. |
| Identifying information | Online identifier | • Advertising networks; |
| | | • Customer management systems; |
| | | • Data analytics providers; |
| | | • Data brokers; |
| | | • Data linking platforms; |
| | | • Email marketing vendors; |
| | | • Financial transactions processors; |
| | | • Government or law enforcement entities. |
| Identifying information | Account name | • Advertising networks; |
| | | • Customer management systems; |
| | | • Data analytics providers; |
| | | • Data brokers; |
| | | • Data linking platforms; |
| | | • Email marketing vendors; |
| | | • Financial transactions processors; |
| | | • Government or law enforcement entities. |
| Characteristics of protected classifications | Age | • Advertising networks; |
| | | • Customer management systems; |
| | | • Data analytics providers; |
| | | • Data brokers; |
| | | • Data linking platforms; |
| | | • Email marketing vendors; |

|  |  | • Customer management systems; |
|  |  | • Data analytics providers; |
|  |  | • Data brokers; |
|  |  | • Data linking platforms; |
|  |  | • Email marketing vendors; |
|  |  | • Financial transactions processors; |
|  |  | • Government or law enforcement entities. |
| Characteristics of protected classifications | Marital status | • Advertising networks; |
|  |  | • Customer management systems; |
|  |  | • Data analytics providers; |
|  |  | • Data brokers; |
|  |  | • Data linking platforms; |
|  |  | • Email marketing vendors; |
|  |  | • Financial transactions processors; |
|  |  | • Government or law enforcement entities. |
| Characteristics of protected classifications | Sex | • Advertising networks; |
|  |  | • Customer management systems; |
|  |  | • Data analytics providers; |
|  |  | • Data brokers; |
|  |  | • Data linking platforms; |
|  |  | • Email marketing vendors; |
|  |  | • Financial transactions processors; |
|  |  | • Government or law enforcement entities. |
| Commercial information | Records of personal property | • Advertising networks; |
|  |  | • Customer management systems; |
|  |  | • Data analytics providers; |
|  |  | • Data brokers; |
|  |  | • Data linking platforms; |
|  |  | • Email marketing vendors; |
|  |  | • Financial transactions processors; |
|  |  | • Government or law enforcement entities. |
| Commercial information | Purchasing or consuming histories or tendencies | • Advertising networks; |
|  |  | • Customer management systems; |

| | | Government or law enforcement entities. |
|---|---|---|
| Commercial information | Purchasing or consuming histories or tendencies | • Advertising networks;<br><br>• Customer management systems;<br><br>• Data analytics providers;<br><br>• Data brokers;<br><br>• Data linking platforms;<br><br>• Email marketing vendors;<br><br>• Financial transactions processors;<br><br>• Government or law enforcement entities. |
| Internet or other electronic activity | Browsing history | • Advertising networks;<br><br>• Customer management systems;<br><br>• Data analytics providers;<br><br>• Data brokers;<br><br>• Data linking platforms;<br><br>• Email marketing vendors;<br><br>• Financial transactions processors;<br><br>• Government or law enforcement entities. |
| Internet or other electronic activity | Search History | • Advertising networks;<br><br>• Customer management systems;<br><br>• Data analytics providers;<br><br>• Data brokers;<br><br>• Data linking platforms;<br><br>• Email marketing vendors;<br><br>• Financial transactions processors;<br><br>• Government or law enforcement entities. |
| Internet or other electronic activity | Information regarding your interaction with our website or application | • Advertising networks;<br><br>• Customer management systems;<br><br>• Data analytics providers;<br><br>• Data brokers;<br><br>• Data linking platforms;<br><br>• Email marketing vendors;<br><br>• Financial transactions processors;<br><br>• Government or law enforcement entities. |

| | | |
|---|---|---|
| | | • Email marketing vendors;<br><br>• Financial transactions processors;<br><br>•   Government   or   law   enforcement entities. |
| Consumer profiling | Inferences are drawn from any other information to create a profile about the consumer | • Advertising networks;<br><br>• Customer management systems;<br><br>• Data analytics providers;<br><br>• Data brokers;<br><br>• Data linking platforms;<br><br>• Email marketing vendors;<br><br>• Financial transactions processors;<br><br>•   Government   or   law   enforcement entities. |
| Sensitive            personal information | Race | • Advertising networks;<br><br>• Customer management systems;<br><br>• Data analytics providers;<br><br>• Data brokers;<br><br>• Data linking platforms;<br><br>• Email marketing vendors;<br><br>• Financial transactions processors;<br><br>•   Government   or   law   enforcement entities. |
| Sensitive            personal information | National origin | • Advertising networks;<br><br>• Customer management systems;<br><br>• Data analytics providers;<br><br>• Data brokers;<br><br>• Data linking platforms;<br><br>• Email marketing vendors;<br><br>• Financial transactions processors;<br><br>•   Government   or   law   enforcement entities. |
| Sensitive            personal information | Religion | • Advertising networks;<br><br>• Customer management systems;<br><br>• Data analytics providers;<br><br>• Data brokers;<br><br>• Data linking platforms; |

| Sensitive personal information | Religion | • Advertising networks; |
| --- | --- | --- |
| | | • Customer management systems; |
| | | • Data analytics providers; |
| | | • Data brokers; |
| | | • Data linking platforms; |
| | | • Email marketing vendors; |
| | | • Financial transactions processors; |
| | | • Government or law enforcement entities. |
| Sensitive personal information | Ancestry | • Advertising networks; |
| | | • Customer management systems; |
| | | • Data analytics providers; |
| | | • Data brokers; |
| | | • Data linking platforms; |
| | | • Email marketing vendors; |
| | | • Financial transactions processors; |
| | | • Government or law enforcement entities. |

In addition to the categories listed in the table above, we may sell the Personal Information set forth above to the following categories of recipients:

- Automotive Companies
- Business Services/Agency
- Consumer Services Companies
- Consumer Packaged Goods Companies
- Data Companies
- Educational Institutions & Companies
- Energy and Utility Companies
- Financial Services Companies
- Food & Beverage Companies
- Health Product Companies
- Insurance Companies
- Manufacturing Companies
- Marketing and Research Companies
- Media and Publishing Companies
- Not for Profit Organizations
- Public Institutions
- Retail Companies
- Technology/Computer Software Companies
- Telecommunications Companies
- Travel, Leisure & Entertainment Companies
- Other Companies not Categorized

**Cookies**

What cookies and similar technologies do we use on the Website?

Cookies and similar technologies (e.g., pixels tags and device identifiers) may be used by BIGDBM and our advertising technology partners to recognize you and/or your device(s) on, off, and across different services and devices for the purposes specified in Sections above. Cookies are small text files that contain a string of characters and uniquely identify a browser on a device connected to the Internet.

When do we use cookies and similar technologies?

Some of our vendors place cookies in your browser when you visit their sites. Depending on your jurisdiction, you may be presented with different consent options, including the option to reject all non-essential cookies, before BIGDBM or our vendors place cookies on your browser.

We use cookies and other technologies on the Website to ensure the best possible and secure experience on the Website and to provide you with tailored information on products and services. BIGDBM and its vendors also use cookies or similar technologies on its sites to collect online information such as your mobile device ID, IP address, and other information about your device, as well as behavioral data of your device usage on our sites (e.g. pages viewed, links clicked, documents downloaded).

How can I manage my cookie preferences?

with different consent options, including the option to reject all non-essential cookies, before BIGDBM or our vendors place cookies on your browser.

Case 1:25-cv-05989-HB    Document 41    Filed 02/11/26    Page 37 of 45 PageID: 568

We use cookies and other technologies on the Website to ensure the best possible and secure experience on the Website and to provide you with tailored information on products and services. BIGDBM and its vendors also use cookies or similar technologies on its sites to collect online information such as your mobile device ID, IP address, and other information about your device, as well as behavioral data of your device usage on our sites (e.g. pages viewed, links clicked, documents downloaded).

How can I manage my cookie preferences?

If you do not want to receive cookies, you can also change your browser settings on your computer or other device you are using to access our services. Most browsers also provide functionality that lets you review and delete cookies, including BIGDBM and its vendors' cookies.

## Children's Privacy

This Website is intended for use by a general audience and does not offer services to children. Should a child whom we know to be under 18 send personal information to us, we will use that information only to respond to that child to inform him or her that they cannot use this Website. We do not sell the Personal Information of any individual under the age of 18.

If you believe that we have mistakenly or unintentionally collected the personal information of a minor without appropriate consent, please notify us through requests via the **Do Not Sell or Share My Personal Information webform** or email to **privacy@bigdbm.com**.

## Information Retention

BIGDBM maintains Personal Information for the following retention periods:

We will retain your Personal Information for as long as is necessary for the purposes for which it was collected. The precise period will depend on the reason why it was collected. Those periods are also based on the requirements of applicable laws, applicable legal and regulatory requirements, and periods relating to the commencement of legal actions.

Personal Information needed to retain your opt-out preferences is retained for 20 years (or longer as necessary to comply with applicable law).

We retain the following personal information for the following periods:

Table 5. Categories of Personal Information and Corresponding Retention Periods

| Category of information | Data retention period |
|---|---|
| Identifying information | 1 year |
| Employment information | 14 days |
| Characteristics of protected classifications | 1 year |
| Commercial information | 1 year |
| Internet or other electronic activity | 1 year |
| Consumer profiling | 1 year |
| Sensitive personal information | 1 year |

## Your GDPR Rights

Where we process personal information pertaining to someone located in the European Economic Area or the United Kingdom, you have the following rights, subject to certain limitations at law:

Table 6. Summary of GDPR Rights Available to Individuals in the EEA and the United Kingdom

| GDPR Right | Description |
|---|---|
| Right to be informed | You have the right to be provided with information about how we use your personal information and your rights. We have provided information about our data practices in this Privacy Policy. |
| Right to access and rectification | You have the right to access, correct or update your personal data. |
| Right to data portability | The personal information you have provided us with may be portable. This means it can be moved, copied or transmitted electronically under certain circumstances. |
| Right to be forgotten | Under certain circumstances, you have right to request that we delete your personal information. If you wish to delete the personal data we hold about you, please let us know and we will take reasonable steps to respond to your request in accordance with legal requirements. |
| Right to restrict | Under certain circumstances, you have the right to restrict the processing of your personal information. |

| | |
|---|---|
| rectification | |
| Right portability | We possess information about you provided us will may be portable. This means it could be moved, copied, or transmitted electronically under certain circumstances. |
| Right to be forgotten | Under certain circumstances, you have right to request that we delete your personal information. If you wish to delete the personal data we hold about you, please let us know and we will take reasonable steps to respond to your request in accordance with legal requirements. |
| Right to restrict processing | Under certain circumstances, you have the right to restrict the processing of your personal information. |
| Right to object | Under certain circumstances, you have the right to object to certain types of processing, including processing for direct marketing. |
| Right to withdraw consent | If you have given your consent to anything we do with your personal data (i.e., we rely on consent as a legal basis for processing your personal data), you have the right to withdraw your consent at any time (although if you do so, it does not mean that anything we have done with your personal data with your consent up to that point is unlawful). You can withdraw your consent to the processing of your personal data at any time by contacting us with the details provided below. |
| Rights related to automated decision-making | You have the right not to be subject to a decision which is based solely on automated processing and which produces legal or other significant effects on you. |

The right to lodge a complaint with a Supervisory Authority. You have the right to lodge a complaint directly with any local Supervisory Authority about how we process your personal data.

### Other Important Information

**Information We Collect Directly.** PublicNSA LLC dba BIGDBM collects personal information when visitors provide such information on our website, such as during registration, to request services, or through contact forms. We also may collect payment and authentication information depending on the services that you request from us.
**Information We Collect Automatically.** BIGDBM automatically receives and stores certain types of information whenever a visitor interacts with the BIGDBM website. For example, BIGDBM automatically receives and records certain "traffic data" on our server logs, including a visitor's IP address, the page requested, and interactions with the BIGDBM website. BIGDBM also automatically collects usage information, such as the number of and frequency of visitors to our site and their use of the BIGDBM service.

Third-Party Websites

The Website may contain hyperlinks to websites operated by parties other than us. We provide such hyperlinks for your reference only. We do not control such websites and are not responsible for their contents or the privacy or other practices of such websites. It is up to you to read and fully understand their privacy policies. Our inclusion of hyperlinks to such websites does not imply any endorsement of the material on such websites or any association with their operators. BIGDBM does not have any control over these features of other parties. The personal information you provide on third-party sites is not controlled by BIGDBM. We encourage you to review the privacy policies of these parties before using these features.

Location of data processing

All data processing activities undertaken by BIGDBM take place in the United States.

Data Accuracy

BIGDBM maintains quality control procedures to ensure the Personal Information we store is as accurate and complete as reasonably possible. We have developed proprietary technology to constantly evaluate the accuracy of the Personal Information we store, identify inaccurate Personal Information, and update the Personal Information as applicable and as reasonably practicable.

Security

BIGDBM maintains organizational, technical, and physical security procedures, including those required by applicable laws, designed to protect the Personal Information we store from accidental or unlawful destruction or accidental loss, damage, alteration, unauthorized disclosure, or access, as well as all other forms of unlawful processing. Measures are taken to prevent unauthorized access, alteration, or dissemination of personal information. We also maintain physical security for our facilities and limit access to certain critical areas of our business. However, security risk is inherent in all internet and information technologies, and we cannot guarantee the security of your Personal Information.

If we learn of and confirm the occurrence of a security incident leading to the misappropriation or accidental or unlawful destruction, loss, alteration, unauthorized disclosure of, or access to, your Personal Information transmitted, stored or otherwise processed on our systems that compromises the confidentiality, integrity or availability of your Personal Information, we may attempt to notify you electronically by posting a notice on the Website or by sending you an email or otherwise by applicable law.

Changes to this Privacy Policy

BIGDBM may revise this Privacy Policy from time to time. We reserve the right to amend this Privacy Policy at any time. Any changes to this Privacy Policy will be posted here or in other successor locations available from this page. You can determine when this Privacy Policy was last revised by checking the "Last Revised" legend at the bottom of this Privacy Policy.

Filing a Complaint

If you have any complaints regarding our compliance with this Privacy Policy, please contact us. We will investigate and attempt to resolve complaints and disputes regarding the use and disclosure of Personal Information by this Privacy Policy and by applicable law. You also have the right to file a complaint with a competent data protection authority.

Information on the consumer requests that we have received

If you have any complaints regarding our compliance with this Privacy Policy, please contact us. We will investigate and attempt to resolve complaints and disputes regarding the use and disclosure of Personal Information by this Privacy Policy and by applicable law. You also have the right to file a complaint with a competent data protection authority.

Information on the consumer requests that we have received

Below is additional information on the requests to exercise privacy rights that we have received from California consumers:

We have received 6,516 requests to know. We complied in whole or in part with 6,510 and denied 6 of these requests.

We have received 44,114 requests to delete. We complied in whole or in part with 44,002 and denied 112 of these requests.

We have received 92,321 requests to opt out. We complied in whole or in part with 92,321 and denied 0 of these requests.

Regarding California only:

Total number of requests to delete, to know, to access, to opt-out of sale or sharing, or to limit the use of a consumer's personal information that BIGDBM received, complied with in whole or in part, and denied during the previous calendar year were 11,873 in total.

The median and the mean number of days within which the data broker substantively responded to requests to delete, to know, to access, to opt-out of sale or sharing, or to limit the use of a consumer's personal information that the data broker received during the previous calendar year is 3 days.

The number of requests in which deletion was not required in whole, or in part, under each provision in California Civil Code section 1798.145 or 1798.146 was 689 records.

The median number of days within which we have substantively responded to these requests is 6 days.

Information on the consumer requests that we have receivedBelow is additional information on the requests to exercise privacy rights that we have received from New Jersey consumers:We have received 4 requests to know. We complied in whole or in part with 4 and denied 0 of these requests.We have received 34,520 requests to delete. We complied in whole or in part with 34,508 and denied 12 of these requests.We have received 82,524 requests to opt out. We complied in whole or in part with 82,524 and denied 0 of these requests.Regarding New Jersey only:Total number of requests to delete, to know, to access, to opt-out of sale or sharing, or to limit the use of a consumer's personal information that BIGDBM received, complied with in whole or in part, and denied during the previous calendar year were 34,309 in total.The median and the mean number of days within which the data broker substantively responded to requests to delete, to know, to access, to opt-out of sale or sharing, or to limit the use of a consumer's personal information that the data broker received during the previous calendar year is 3 days.The number of requests in which deletion was not required in whole, or in part, under each provision in Daniel's Law is a New Jersey state statute (N.J.S.A. §56:8-166.1 et seq.), enacted on November 20, 2020 (effective December 10, 2021) was 3261 records.The median number of days within which we have substantively responded to these requests is 5 days.
Data Protection Officer

Brad Mack is our Data Protection Officer and may be reached via email at brad@bigdbm.com.

Do Not Track

Do Not Track is a preference you can set on your browser to inform websites that you do not want to be tracked. We do not support Do Not Track ("DNT"). You can either enable or disable Do Not Track by visiting the preferences or settings page of your browser.

Questions

If you have any questions about this Privacy Policy, please contact us at privacy@bigdbm.com.

### Appendix 1 – CTV Device Preference Management Suggestions

Disclaimer: The following CTV instructions are subject to change and are provided for general guidance. This CTV material and information is for general information purposes only. You should not rely upon the CTV material or information as a basis for making actual changes to your CTV device settings. Contact your CTV Device Company Directly for exact instructions on how to manage your advertising choice mechanisms. BIGDBM makes no representations or warranties of any kind, express or implied about the completeness, accuracy, reliability, or suitability of the CTV information below. Any reliance you place on such material is therefore strictly at your own risk.

**Roku:**





Go to the menu of your device, find the "Settings" and press OK



Go to Privacy >> On Advertising >> Check the ON option "Limit ad tracking"

**Amazon Fire TV:**



Amazon Fire TV >> Go to the menu of your device, and select Settings





Go to Preferences >> Advertising ID option where you can opt-out of interest-based ads



Toggle the option ON or OFF according to your preferences. Then continue using the device as you normally do

**Google Chromecast:**

Please follow below steps to turn off Chromecast and Chromecast Ultra's collection of usage data and crash reports.

1. Download Google Home App on your phone or tablet
2. Open the app and select the Menu icon (the three lines in the upper left corner),
3. Choose Devices, look for the Chromecast device you want to control and hit the three dots in the upper left of its tile 4. Choose Settings and uncheck the box next to "Send Chromecast device usage data and crash reports to Google."

**Apple TV:**

Step 1

Go to the menu for your Apple TV and select Settings.

Step 2
Select the General option from the Settings menu and continue to the Privacy option.

Step 3
Choose the top option, Limit Ad Tracking. If the function is turned off, turn it on. Then continue using the device as you normally do.





Apple TV >> Settings >> Privacy option >> Limit Ad Tracking turn on

**Samsung Smart TV:**



Samsung Smart TV >> Step 1: Go to the Menu option on the device

Step 2: Menu >> Select Smart Features





Step 3: Under that to Apps Settings



Step 4: Go to SyncPlus



Step 5: Go to Gear icon which is located on top right hand corner and click OK





Step 6: Turn off the Samsung SyncPlus Service and continue using the device as you normally do

**Please note:**

Limiting the ad tracking feature is totally optional and only pauses the advertisers from reading the very little data of your preferences which may be used to serve you with some of the ads that are tailored for your interest. It does not mean that you will no longer see advertising on the content or apps.



## Contact Us

Name

Email

Message



### BIGDBM

9499 Collins Ave, #509
Surfside, FL 33154 USA

### SALES

sales@bigdbm.com
(336) 558-7717

### SUPPORT

support@bigdbm.com
(833) 282-3835

Copyright @ 2025 BIGDBM | All Rights Reserved.    Privacy Policy    Do Not Sell or Share My Personal Information



Step 6: Turn off the Samsung SyncPlus Service and continue using the device as you normally do

**Please note:**

Limiting the ad tracking feature is totally optional and only pauses the advertisers from reading the very little data of your preferences which may be used to serve you with some of the ads that are tailored for your interest. It does not mean that you will no longer see advertising on the content or apps.



## Contact Us

Name

Email

Message

I'm not a robot — reCAPTCHA
Privacy - Terms

Submit



**BIGDBM**

**SALES**

sales@bigdbm.com
(336) 558-7717

9499 Collins Ave, #509
Surfside, FL 33154 USA

**SUPPORT**

support@bigdbm.com
(833) 282-3835

Copyright @ 2025 BIGDBM | All Rights Reserved.

Privacy Policy     Do Not Sell or Share My Personal Information
Limit the Use of My Sensitive Personal Information

Document title: Privacy Policy | BIGDBM Data Protection
Capture URL: https://bigdbm.com/privacy-policy/
Capture timestamp (UTC): Wed, 17 Dec 2025 23:03:38 GMT