UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ATLAS DATA PRIVACY CORPORATION,** *as assignee of individuals who are Covered Persons*, **JANE DOE-1,** *a law enforcement officer*, **JANE DOE-2,** *a law enforcement officer*, **EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY  PATRICK COLLIGAN, and PETER ANDREYEV,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**PUBLICNSA, LLC, RICHARD DOES 1-10,** *fictitious names of unknown individuals* **and ABC COMPANIES 1-10,** *fictitious names of unknown entities*,<br><br>    **Defendants.** | CASE NO. 1:25-CV-05989-HB |

### NOTICE OF MOTION TO SEAL

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on February 17, 2026, or as soon as counsel may be heard, Defendant PublicNSA, LLC ("PublicNSA"), moves pursuant to Local Civil Rule 5.3(c), before the Honorable Harvey Bartle, III, at the United States District Court for the District of New Jersey, to enter an order sealing portions of the following:

1.      Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs' Complaint [ECF No. 34]; and

2.      Transcript of the Rule 30(b)(6) Deposition of PublicNSA, LLC, occurring on December 19, 2025 [ECF No. 34-3, Exhibit C].

While Plaintiffs disagree with PublicNSA that the requested information should be sealed, they do not object to this Motion because they do not believe that this issue needs to be resolved by the Court at this time. In so doing, Plaintiffs do not waive any rights to later contest the designation of materials as confidential pursuant to the Protective Order later in this litigation, or to at another juncture, oppose the sealing of the materials that PublicNSA now seeks to seal.

**PLEASE TAKE FURTHER NOTICE** that PublicNSA will rely on the accompanying Declaration of Jordan S. O'Donnell, counsel for Defendant, and other exhibits attached herein. A Proposed Order is also attached for the Court's consideration.

Dated: February 17, 2026          Respectfully submitted,

                                       */s/ Jordan S. O'Donnell*
                                       Jordan S. O'Donnell
                                       **MULLEN COUGHLIN LLC**
                                       426 W. Lancaster Avenue, Suite 200
                                       Devon, PA 19333
                                       Telephone: (267) 930-4106
                                       jsodonnell@mullen.law

                                       *Attorney for Defendant PublicNSA, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 17, 2026, a copy of this document was served on the following counsel of record by email.

| | |
|---|---|
| **PEM LAW LLP**<br>Rajiv D. Parikh<br>Kathleen Barnett Einhorn<br>Jessica A. Merejo<br>1 Boland Dr., Suite 101<br>West Orange, New Jersey 07052<br>Telephone: (973) 557-5700<br>Email: rparikh@pemlawfirm.com<br>keinhorn@pemlawfirm.com<br>jmerejo@pemlawfirm.com<br><br>*Attorneys for Plaintiffs* | **BIRD MARELLA RHOW LINCENBERG DROOKS NESSIM LLP**<br>Ekwan E. Rhow, Esq. (admitted *pro hac vice*)<br>Elliot C. Harvey Schatmeier, Esq. (admitted *pro hac vice*)<br>Shoshana E, Bannett (admitted *pro hac vice*)<br>Gregory T. Nolan (admitted *pro hac vice*)<br>Bill L. Clawges (admitted *pro hac vice*)<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>Telephone: (310) 201-2100<br>Email: erhow@birdmarella.com<br>ehs@birdmarella.com<br>sbannett@birdmarella.com<br>gnolan@birdmarella.com<br>bclawges@birdmarella.com<br><br>*Attorneys for Plaintiffs*<br><br>*/s/ Jordan S. O'Donnell*<br>Jordan S. O'Donnell |