UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: February 18, 2026

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** KIMBERLY WILSON

**TITLE OF CASE:**     **DOCKET NO.:** 25-5989 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
PUBLICNSA, LLC, et al.

**APPEARANCES:**
Elliot Harvey Schatmeier, Esq., Eric Palmer, Esq., and Adam Shaw, Esq., for Plaintiffs.
Jordan O'Donnell, Esq., for Defendant.

**NATURE OF PROCEEDINGS**:   HEARING ON [15] MOTION TO DISMISS

Hearing on [15] Motion to Dismiss held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 11:21a.m.    Time Adjourned: 11:48a.m.    Total Time in Court: 0:27