Jordan S. O'Donnell
MULLEN COUGHLIN LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333

*Attorneys for Defendant PublicNSA, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**ATLAS DATA PRIVACY CORPORATION,** *as assignee of individuals who are Covered Persons*, **JANE DOE-1,** *a law enforcement officer*, **JANE DOE-2,** *a law enforcement officer*, **EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY PATRICK COLLIGAN, and PETER ANDREYEV,**

**Plaintiffs,**

**v.**

**PUBLICNSA, LLC, RICHARD DOES 1-10,** *fictitious names of unknown individuals* **and ABC COMPANIES 1-10,** *fictitious names of unknown entities*,

**Defendants.**

CASE NO. 1:25-CV-05989-HB

## DEFENDANT PUBLICNSA, LLC'S NOTICE OF JOINDER TO DEFENDANTS' MOTION FOR RECONSIDERATION

Defendant PublicNSA, LLC ("PublicNSA"), by and through its attorneys, hereby joins the Defendants' Consolidated Brief In Support Of Motion For Reconsideration Of June 30, 2026 Order, filed on July 14, 2026 by DM Group, Inc. in Case No. 1:24-cv-04075, as ECF No. 118.

PublicNSA adopts and incorporates all arguments and authorities in their entirety, as set forth in the aforementioned brief, because such arguments and authorities are equally applicable to the unique facts and circumstances in PublicNSA's case and will aid the court in resolving its individual case without need for redundant briefing and expenditure of precious judicial resources.

Dated: July 17, 2026                    Respectfully submitted,


                                        */s/ Jordan S. O'Donnell*
                                        Jordan S. O'Donnell
                                        **MULLEN COUGHLIN LLC**
                                        426 W. Lancaster Avenue, Suite 200
                                        Devon, PA 19333
                                        Telephone: (267) 930-4106
                                        jsodonnell@mullen.law

                                        *Attorney for Defendant PublicNSA, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 17, 2026, a copy of this document was filed using the CM/ECF system which will send notification of such filing to all registered CM/ECF users.

<u>*/s/ Jordan S. O'Donnell*</u>
Jordan S. O'Donnell

Dated:  June 17, 2026