UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDING**

**OFFICE:** CAMDEN                    **PROCEEDING DATE**: JULY 30, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Kimberly Wilson

**TITLE OF CASE:**                    **DOCKET #:** 1:25-cv-5989 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
PUBLICNSA, LLC et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

In Person Status Conference held on the record.

Time Commenced: 10:01 a.m.
Time Adjourned:    10:52 a.m.
**Total Time**: 2 Minutes

                              s/ Ivannya Fitzgerald
                                **DEPUTY CLERK**